IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: SEARCH WARRANT FOR Cellular device assigned call number 937-369-6782 and the use of a cell-site simulator to locate the cellular device assigned call number 937-369-6782. | Case No. 3:17mj459<br><br>Filed Under Seal |

FILED
RICHARD W. NAGEL
CLERK OF COURT

2017 SEP 29 PM 3:21

U.S. DISTRICT COURT
SO. DIST. OHIO
WESTERN DIV. DAYTON

## ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding SPRINT, an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers and customers of the account(s) listed in the search warrant) of the existence of the attached search warrant until further order of the Court.

The Court determines that there is reason to believe that notification of the existence of the attached search warrant will seriously jeopardize the investigation or unduly delay a trial, including by: giving the target an opportunity to destroy or tamper with evidence or change patterns of behavior. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that SPRINT shall not disclose the existence of the attached search warrant, or this Order of the Court, to the listed subscriber or to any other person, unless and until otherwise authorized to do so by the Court, except that SPRINT may disclose the attached search warrant to an attorney for SPRINT for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

\_\_9-29-17\_\_
Date

SHARON L. OVINGTON
UNITED STATES MAGISTRATE JUDGE